**IT IS ORDERED as set forth below:**



**Date: June 20, 2014**

_____
**James R. Sacca
U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| **JOSEPH DANIEL WATKINS** | ) | |
| **SHANDA LEIGH WATKINS,** | ) | CASE NO. **12-81982** - JRS |
| | ) | |
| Debtor. | ) | |

**ORDER APPROVING APPLICATION FOR FINAL COMPENSATION**

This matter came before the Court on June 17, 2014 upon the Final Report and applications for compensation and expenses for Trustee and accountant for Trustee. (Docket No. 39). No objections were filed and no appearance was made in opposition. Accordingly, it is

ORDERED that Janet G. Watts, Trustee, is allowed fees for payment in the amount of $2,435.00; and it is further

ORDERED that Stonebridge Accounting & Forensics LLC, accountant for Trustee, is allowed fees for payment in the amount of $832.50 and reimbursement of expenses in the amount of $38.60.

[END OF DOCUMENT]

Prepared by:


/s/Janet G. Watts

Janet G. Watts

Georgia Bar No. 632067

600 Glynn Street North, Suite C

Fayetteville, GA 30214

(770) 461-1320

janetwatts@7trustee.net

## DISTRIBUTION LIST

Guy G. Gebhardt, Esq.
Acting United States Trustee
362 Richard B. Russell Building
75 Spring Street, S.W.
Atlanta, GA 30303

Janet G. Watts, Esq.
Chapter 7 Trustee
600 Glynn Street North, Suite C
Fayetteville, GA 30214

Joseph Daniel Watkins
Shanda Leigh Watkins
40 Allie Drive
McDonough, GA 30252-3609


Howard P. Slomka, Esq.
Slomka Law Firm
1069 Spring Street, NW, 2nd Floor
Atlanta, GA 30309-3817

United States Bankruptcy Court
Northern District of Georgia

In re:
Joseph Daniel Watkins
Shanda Leigh Watkins
    Debtors

Case No. 12-81982-jrs
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 113E-9    User: lhd    Page 1 of 1    Date Rcvd: Jun 20, 2014
                   Form ID: pdf409    Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 22, 2014.
db/jtdb    +Joseph Daniel Watkins,   Shanda Leigh Watkins,   40 Allie Drive,   McDonough, GA 30252-3609
aty        +Howard P. Slomka,   Slomka Law Firm,   2nd Floor,   1069 Spring Street, NW,
            Atlanta, GA 30309-3817
tr         +Janet G. Watts,   600 North Glynn Street,   Suite C,   Fayetteville, GA 30214-6716
acc       +Stonebridge Accounting & Forensics, LLC,   Attn: Spence Shumway,   PO Box 1290,
            Grayson, GA 30017-0025

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust        +E-mail/Text: ustpregion21.at.ecf@usdoj.gov Jun 20 2014 21:01:12
            Office of the United States Trustee,   362 Richard Russell Building,   75 Spring Street, SW,
            Atlanta, GA 30303-3315
                                                                                                     TOTAL: 1

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 22, 2014                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 20, 2014 at the address(es) listed below:
           David S. Klein    on behalf of Creditor    RES-GA SPL, LLC davidklein@wncwlaw.com,
            marshah@wncwlaw.com;paulam@wncwlaw.com
           Howard P. Slomka    on behalf of Joint Debtor Shanda Leigh Watkins marsi@slomkalawfirm.com,
            notices123@gmail.com;jennifer@slomkalawfirm.com;shawn@slomkalawfirm.com;slomkalawfirmmem2@gmail.com
           Howard P. Slomka    on behalf of Debtor Joseph Daniel Watkins marsi@slomkalawfirm.com,
            notices123@gmail.com;jennifer@slomkalawfirm.com;shawn@slomkalawfirm.com;slomkalawfirmmem2@gmail.com
           Janet G. Watts    JanetWatts@7trustee.net,  GA35@ecfcbis.com
           Office of the United States Trustee    ustpregion21.at.ecf@usdoj.gov
                                                                                                                  TOTAL: 5