UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| IN RE | CHAPTER 7 |
|---|---|
| **JOSEPH DANIEL WATKINS** **SHANDA LEIGH WATKINS,** | CASE NO. **12-81982 - JRS** |
| Debtors | |

## CHAPTER 7 SUPPLEMENTAL DIVIDEND DISTRIBUTION REPORT

Disbursement made to the Internal Revenue Service in the amount of $3,704.84 was returned by the creditor with a statement that no liability was owed. Trustee will re-distribute said amount to all allowed claims. The approved supplemental distributions in the above-styled case are:

**UNSECURED CLAIMS:**
Claims of general unsecured creditors totaling $312,423.02 have been allowed and will be paid *pro rata*:

| CLAIMANT'S NAME | ALLOWED AMOUNT OF CLAIM | INITIAL DIVIDEND PAID | BALANCE OF CLAIM | TOTAL SUPPLEMENTAL DISTRIBUTION |
|---|---|---|---|---|
| RES-GA, LLC | 307,874.74 | 9,453.87 | 298,420.87 | 3,650.91 |
| Discover Bank | 15.91 | .49* | 15.42 | .18* |
| BB&T | 352.06 | 10.81 | 341.25 | 4.18* |
| Capital One Bank (USA), N.A. | 2,468.65 | 75.80 | 2,392.85 | 29.27 |
| eCAST Settlement Corporation, assignee of Chase | 1,711.66 | 52.56 | 1,659.10 | 20.30 |

| **TOTAL AMOUNT DISBURSED ON THIS REPORT:** | 3,704.84 |
|---|---|

*Pursuant to Federal Rule of Bankruptcy Procedure 3010(a), no dividend in any amount less than $5.00 shall be distributed to creditors. Said funds will be paid into the registry of the Court.

Prepared by:

/s/ *Janet G. Watts**

Janet G. Watts, Chapter 7 Trustee
Georgia Bar No. 632067
600 Glynn Street N, Suite C
Fayetteville, GA  30214
(770) 461-1320
janet3870@att.net

*signed by Martin P. Ochs with express permission*

Reviewed and approved by:

Guy G. Gebhardt
Acting United States Trustee
Region 21

/s/ *Martin P. Ochs*

Martin P. Ochs, Trial Attorney
Georgia Bar No. 716620
United States Department of Justice
Office of the United States Trustee
362 Richard B. Russell Building
75 Spring Street, SW
Atlanta, Georgia  30303
(404) 331-4437
Martin.P.Ochs@usdoj.gov